**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SHAUNTAYE M. G., | ) | NO. ED CV 20-55-E |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) ) | |

    IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

    DATED: August 7, 2020.

                                       /s/
                                CHARLES F. EICK
                     UNITED STATES MAGISTRATE JUDGE